1

2 **UNITED STATES DISTRICT COURT**

3 **CENTRAL DISTRICT OF CALIFORNIA**

4 **WESTERN DIVISION**

5

6 LEHMAN BROTHERS HOLDINGS, INC., | CASE NO.: CV10-8719 VBF (CWx)

7          Plaintiff, | Honorable Carla Woehrle

8 v.

9 MEGA CAPITAL FUNDING, INC., | **ORDER ON STIPULATED PROTECTIVE ORDER**

10          Defendant.

11

12          Based on the stipulation of the parties, the Stipulated Protective Order is hereby entered as

13 an Order of the Court.

14          IT IS SO ORDERED.

15

16 Dated: January 20, 2011

17

18          _Carla M. Woehrle_

19 Honorable Carla Woehrle
United States Magistrate Judge

20

21

22

23

24

25

26

27

28

Reilly Pozner LLP
Denver-Los Angeles